# Court of Appeals
# of the State of Georgia

ATLANTA, __November 26, 2025__

*The Court of Appeals hereby passes the following order:*

## A26A0660. GARRY CHAMBERS v. SPRING OAKS CAPITAL SPV, LLC.

Spring Oaks Capital SPV, LLC ("Spring Oaks Capital") filed a civil action against Garry Chambers. Chambers filed an answer and counterclaim. After Chambers failed to appear at the bench trial, the trial court struck his answer and counterclaim and entered final judgment in favor of Spring Oaks Capital in the amount of $2,631.17 plus costs. Chambers then filed a motion to set aside the judgment pursuant to OCGA § 9-11-60(d), contending he had not been notified of the trial date or of the final judgment. The trial court denied the motion, and Chambers filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60(d) must be made by application for discretionary review. See OCGA § 5-6-35(a)(8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Chambers's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/26/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*